IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE RIVERA,
a/k/a SALVADOR MELENDEZ,

    Petitioner,

v.

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-283-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Jessie Rivera for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice for lack of subject matter jurisdiction.

_____    4/3/13
Peter Oppeneer, Clerk of Court             Date